JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CITY OF SAN BUENAVENTURA,   )     Case No.:  CV 10-227 DSF (CWx)

          Plaintiff,    )

     vs.    )

GREEAT LAKES REINSURANCE   )     JUDGMENT
(UK) PLC,   )

          Defendant.    )

_____  )

     The arguments having been presented and fully considered, and Defendant's motion for summary judgment having been granted,

     IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that its claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

     1/24/11

Dated: _____      _____
                                 Dale S. Fischer
                             United States District Judge